**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-36090-JS |
| | § | |
| NDG, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2010. The undersigned trustee was appointed on 08/12/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $18,478.54

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $6,651.52 |
   | Bank service fees | $197.71 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $11,629.31 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/18/2011 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,597.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,597.85, for a total compensation of $2,597.85[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2012                           By:   /s/ David E. Grochocinski
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 10-36090-JS | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Date Filed (f) or Converted (c): | 08/12/2010 (f) |
| For the Period Ending: | 3/27/2012 | §341(a) Meeting Date: | 10/12/2010 |
| | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  FUNDS RECEIVED FROM CUSTOMERS/COMPLETED ORDERS (u) | $3,825.64 | $3,825.64 | | $3,825.64 | FA |
| 2  FUNDS ON PREMISES/CASH REGISTER (u) | $8.48 | $8.48 | | $8.48 | FA |
| 3  INVENTORY | $85,300.00 | $85,300.00 | | $14,261.30 | FA |
| 4  CHECKING ACCOUNT | $0.00 | $0.00 | | $0.00 | FA |
| 5  SECURITY DEPOSIT | $6,526.00 | $6,526.00 | DA | $0.00 | FA |
| 6  COMPUTER | $500.00 | $500.00 | DA | $0.00 | FA |
| 7  CUSTOMER LIST | Unknown | Unknown | DA | $0.00 | FA |
| 8  1993 GMC | $0.00 | $0.00 | | $0.00 | FA |
| 9  OFFICE EQUIPMENT | $100.00 | $100.00 | DA | $0.00 | FA |
| 10 MACHINERY | $100.00 | $100.00 | DA | $0.00 | FA |
| 11 HAND TOOLS | $500.00 | $500.00 | DA | $0.00 | FA |
| 12 DEPOST /NICOR GAS (u) | $381.34 | $381.34 | | $381.34 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $1.78 | Unknown |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $97,241.46 | $97,241.46 | | $18,478.54 | $0.00 |

**Major Activities affecting case closing:**
TAX RETURNS PENDING FROM ACCOUNTANT; CLAIMS BAR DATE 1/18/11; NEED TO REVIEW CLAIMS; TAX RETURNS RECEIVED AND FINAL REPORT BEING PREPARED

**Initial Projected Date Of Final Report (TFR):** 06/30/2012   **Current Projected Date Of Final Report (TFR):** 06/30/2012   /s/ DAVID E. GROCHOCINSKI
                                                                                                                      DAVID E. GROCHOCINSKI

| Case No. | 10-36090-JS | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | NDG, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 8/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2010 | | GROCHOCINSKI, GROCHOCINSKI & LLOYD | CASH AND COIN FROM COMPLETED ORDERS/DEP TO TRUSTEE'S FIRM CLIENT TRUST FUND AND ISSUED CHECK TO ESTATE | * | $1,575.76 | | $1,575.76 |
| | {2} | | $8.48 | 1229-000 | | | $1,575.76 |
| | {1} | | $1,567.28 | 1229-000 | | | $1,575.76 |
| 09/09/2010 | (1) | MIKE EISELE | COMPLETED ORDERS ON PREMISES | 1229-000 | $2,258.36 | | $3,834.12 |
| 09/09/2010 | (2) | COIN | MONEY IN REGISTER | 1229-000 | $8.48 | | $3,842.60 |
| 09/09/2010 | (2) | COIN | Reversed Deposit 100001 1 MONEY IN REGISTER | 1229-000 | ($8.48) | | $3,834.12 |
| 09/24/2010 | (3) | AMERICAN AUCTION ASSOC., INC. | AUCTION PROCEEDS | 1129-000 | $14,261.30 | | $18,095.42 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $18,095.45 |
| 10/15/2010 | (12) | NICOR GAS | TURNOVE ROF DEPOSIT | 1129-000 | $381.34 | | $18,476.79 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,476.94 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,477.09 |
| 12/13/2010 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF FEES AND EXPESNES | 3610-000 | | $5,151.25 | $13,325.84 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $13,325.97 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,326.08 |
| 02/15/2011 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-36090, Bond#016026455 | 2300-000 | | $8.78 | $13,317.30 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.40 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.51 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.61 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.72 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.82 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.93 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.54 | $13,292.39 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,292.50 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.96 | $13,261.54 |
| | | | **SUBTOTALS** | | **$18,478.07** | **$5,216.53** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-36090-JS | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/20/2011 | 1003 | ILLINOIS DEPT OF REVENUE | fein 36-3788611/ST-1/SEPTEMBER 2010/id#2325-0331 | 2820-000 | | $1,453.00 | $11,808.54 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($0.91) | $11,809.45 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,809.55 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $26.95 | $11,782.60 |
| 10/24/2011 | 1004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $28.13 | $11,754.47 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,754.57 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,729.57 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,729.66 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.70 | $11,703.96 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,704.05 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,679.05 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,679.14 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.53 | $11,653.61 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $11,653.61 | $0.00 |

| | | | | SUBTOTALS | $0.47 | $13,262.01 |
| --- | --- | --- | --- | --- | --- | --- |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit B

| Case No. | 10-36090-JS | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $18,478.54 | $18,478.54 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $11,653.61 | |
| | | | Subtotal | | $18,478.54 | $6,824.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $18,478.54 | $6,824.93 | |

**For the period of 8/12/2010 to 3/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,824.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,824.93 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

**For the entire history of the account between 09/09/2010 to 3/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,824.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,824.93 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-36090-JS | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 8/12/2010 to 3/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/09/2010 to 3/27/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-JS | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8611 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $11,653.61 | | $11,653.61 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455  Tern: 2/1/12 to 2/01/13 | 2300-000 | | $10.36 | $11,643.25 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $11,629.31 |
| | | | TOTALS: | | $11,653.61 | $24.30 | $11,629.31 |
| | | | Less: Bank transfers/CDs | | $11,653.61 | $0.00 | |
| | | | Subtotal | | $0.00 | $24.30 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $24.30 | |

| For the period of 8/12/2010 to 3/27/2012 | | For the entire history of the account between 02/07/2012 to 3/27/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,653.61 | Total Internal/Transfer Receipts: | $11,653.61 |
| | | | |
| Total Compensable Disbursements: | $24.30 | Total Compensable Disbursements: | $24.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.30 | Total Comp/Non Comp Disbursements: | $24.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6 | Exhibit B

| Case No. | 10-36090-JS | | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- | --- |
| Case Name: | NDG, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8611 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/27/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | $18,478.54 | $6,849.23 | $11,629.31 |

**For the period of 8/12/2010 to 3/27/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $6,849.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,849.23 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

**For the entire history of the case between 08/12/2010 to 3/27/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $6,849.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,849.23 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

# CLAIM ANALYSIS REPORT

| Case No. | 10-36090-JS | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | NDG, INC. | Date: | 3/27/2012 |
| Claims Bar Date: | 01/18/2011 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60451 | 03/23/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,597.85 | $2,597.85 | $0.00 | $0.00 | $0.00 | $2,597.85 |
| * | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E Lake Cook Road Suite 560<br>Buffalo Grove IL 60089 | 03/23/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $3,337.50 | $3,337.50 | $3,337.50 | $0.00 | $0.00 | $0.00 | $3,337.50 |
| * | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>1900 Ravinia Place<br>Orland Park IL 60462 | 03/23/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $130.66 | $130.66 | $130.66 | $0.00 | $0.00 | $0.00 | $130.66 |
| * | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>1900 Ravinia Place<br>Orland Park IL 60462 | 03/23/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,757.50 | $1,757.50 | $1,757.50 | $0.00 | $0.00 | $0.00 | $1,757.50 |
| 3 | ROY ASHBURN<br>7719 S. Massasoit Ave.<br>Burbank IL 60459 | 10/28/2010 | Deposits | Allowed | 5600-000 | $0.00 | $1,079.99 | $1,079.99 | $0.00 | $0.00 | $0.00 | $1,079.99 |
| 10 | DAVID SINDERSON<br>3705 Douglas Rd.<br>Downers Grove IL 60515 | 11/03/2010 | Deposits | Allowed | 5600-000 | $0.00 | $900.00 | $900.00 | $0.00 | $0.00 | $0.00 | $900.00 |
| 11 | DALE MANZEL<br>225 Hilltop<br>Sleepy Hollow IL 60118 | 11/08/2010 | Deposits | Allowed | 5600-000 | $0.00 | $279.20 | $279.20 | $0.00 | $0.00 | $0.00 | $279.20 |
| 14 | RICHARD HEIL<br>30 Arthur Ave.<br>Clarendon Hills IL 60514 | 11/24/2010 | Deposits | Allowed | 5600-000 | $0.00 | $484.92 | $484.92 | $0.00 | $0.00 | $0.00 | $484.92 |
| 18 | D. CLAYWORTH<br>465 S. Lombard<br>Itasca IL 60143 | 12/23/2010 | Deposits | Allowed | 5600-000 | $0.00 | $301.32 | $301.32 | $0.00 | $0.00 | $0.00 | $301.32 |

* There is an objection filed for this claim

| Case No.: | 10-36090-JS | | | | | Trustee Name: | David E. Grochocinski |
| Case Name: | NDG, INC. | | | | | Date: | 3/27/2012 |
| Claims Bar Date: | 01/18/2011 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | SUSAN DILLON c/o 18 Treetops Drive Monroe Twp NJ 088311499 | 01/10/2011 | Deposits | Allowed | 5600-000 | $0.00 | $1,566.00 | $1,566.00 | $0.00 | $0.00 | $0.00 | $1,566.00 |
| 28 | IRENE M. STALENY 6650 Powell St. Downers Grove IL 60516 | 01/18/2011 | Deposits | Allowed | 5600-000 | $0.00 | $1,860.82 | $1,860.82 | $0.00 | $0.00 | $0.00 | $1,860.82 |
| 1 | DEPT OF THE TREASURY IRSERVICE P.O. Box 7346 Philadelphia PA 19101 | 10/21/2010 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $81,585.65 | $81,585.65 | $0.00 | $0.00 | $0.00 | $81,585.65 |
| 1a | DEPT OF THE TREASURY IRSERVICE P.O. Box 7346 Philadelphia PA 19101 | 10/21/2010 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,165.20 | $1,165.20 | $0.00 | $0.00 | $0.00 | $1,165.20 |
| 15 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY 33 South State Street Chicago IL 60603 | 11/30/2010 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $1,293.40 | $1,293.40 | $0.00 | $0.00 | $0.00 | $1,293.40 |

**Claim Notes:** (15-1) Unemployment Tax

| 19 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 606640338 | 12/28/2010 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $42,644.61 | $42,644.61 | $0.00 | $0.00 | $0.00 | $42,644.61 |
| 2 | LINDA GONELLA 10 Mockingbird Lane Oak Brook IL 60523 | 10/27/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $322.87 | $322.87 | $0.00 | $0.00 | $0.00 | $322.87 |
| 4 | JEREMY VRTIS 209 5th St. Downers Grove IL 60515 | 10/29/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $777.38 | $777.38 | $0.00 | $0.00 | $0.00 | $777.38 |

# CLAIM ANALYSIS REPORT

| Case No.: | 10-36090-JS | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | NDG, INC. | | | Date: | 3/27/2012 |
| Claims Bar Date: | 01/18/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | M&B DELIVERY, LLC<br><br>P.O. Box 732<br>Lyons IL 60534 | 10/29/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $350.00 | $350.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| 6 | WOODCRAFT INDUSTRIES<br>253 Benner Pike<br>State College PA 16801 | 11/01/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,446.58 | $14,446.58 | $0.00 | $0.00 | $0.00 | $14,446.58 |
| 7 | JAY ZVOLANEK<br><br>3840 Cumnor Rd.<br>Downers Grove IL 60515 | 11/01/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,466.10 | $3,466.10 | $0.00 | $0.00 | $0.00 | $3,466.10 |
| 8 | MARY JANE FACZEK<br><br>175 Mohawk Trail<br>Buffalo Grove IL 60089 | 11/01/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,349.99 | $1,349.99 | $0.00 | $0.00 | $0.00 | $1,349.99 |
| 9 | JULIE DRAHO<br><br>836 Chicago Ave.<br>Downers Grove IL 60515 | 11/03/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,166.18 | $1,166.18 | $0.00 | $0.00 | $0.00 | $1,166.18 |
| 12 | DOROTHY RUSSELL<br><br>531 Franklin St.<br>Hinsdale IL 60521 | 11/08/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,187.94 | $1,187.94 | $0.00 | $0.00 | $0.00 | $1,187.94 |
| 13 | META MELBY<br><br>152 Earlston Place<br>Burr Ridge IL 60527 | 11/16/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 11/30/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $220.00 | $220.00 | $0.00 | $0.00 | $0.00 | $220.00 |

**Claim Notes:**   (15-1) Unemployment Tax

| Case No. | 10-36090-JS | | | | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|---|---|---|
| Case Name: | NDG, INC. | | | | | | Date: | 3/27/2012 |
| Claims Bar Date: | 01/18/2011 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CLAUDIA MARTINEZ  2640 S. Sacremento  Chicago IL 60623 | 12/22/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,624.34 | $1,624.34 | $0.00 | $0.00 | $0.00 | $1,624.34 |
| 17 | KAREN WINCENCIAK  23W057 Mulberry Lane  Glen Ellyn IL 60137 | 12/23/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,210.84 | $1,210.84 | $0.00 | $0.00 | $0.00 | $1,210.84 |
| 19a | ILLINOIS DEPARTMENT OF REVENUE  Bankruptcy Section  P.O. Box 64338  Chicago IL 606640338 | 12/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,533.60 | $6,533.60 | $0.00 | $0.00 | $0.00 | $6,533.60 |
| 20 | US BANK N.A.  P.O. Box 5229  Cincinnati OH 452015229 | 01/03/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,411.41 | $7,411.41 | $0.00 | $0.00 | $0.00 | $7,411.41 |

**Claim Notes:** (20-1) credit card

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | VANESSA GRAMOROSSA  1375 Von Drash Dr.  Darien IL 60561 | 01/06/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $475.00 | $475.00 | $0.00 | $0.00 | $0.00 | $475.00 |
| 23 | ELIZABETH KAUZ  4340 Elm St.  Downers Grove IL 60515 | 01/11/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| 24 | US BANK N.A.  P.O. Box 5229  Cincinnati OH 45201 | 01/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,208.06 | $30,208.06 | $0.00 | $0.00 | $0.00 | $30,208.06 |

**Claim Notes:** (24-1) SBA Guaranteed

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | US BANK N.A.  P.O. Box 5229  Cincinnati OH 45201 | 01/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,458.86 | $1,458.86 | $0.00 | $0.00 | $0.00 | $1,458.86 |

**Claim Notes:** (25-1) line of credit

| Case No. | 10-36090-JS | | | | | | | Trustee Name: | David E. Grochocinski | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | NDG, INC. | | | | | | | Date: | 3/27/2012 | | | |
| Claims Bar Date: | 01/18/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | US BANK N.A.<br><br>P.O. Box 5229<br>Cincinnati OH 45201 | 01/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $957.97 | $957.97 | $0.00 | $0.00 | $0.00 | $957.97 |
| **Claim Notes:** | (26-1) overdrawn checking account | | | | | | | | | | | |
| 27 | JAMES COTTRELL<br><br>9727 S. Oakley<br>Chicago IL 60643 | 01/12/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $387.36 | $387.36 | $0.00 | $0.00 | $0.00 | $387.36 |
| | | | | | | | **$216,039.10** | **$216,039.10** | **$0.00** | **$0.00** | **$0.00** | **$216,039.10** |

# CLAIM ANALYSIS REPORT

| Case No. | 10-36090-JS | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Date: | 3/27/2012 |
| Claims Bar Date: | 01/18/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $3,337.50 | $3,337.50 | $0.00 | $0.00 | $0.00 | $3,337.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $130.66 | $130.66 | $0.00 | $0.00 | $0.00 | $130.66 |
| Attorney for Trustee Fees (Trustee Firm) | $1,757.50 | $1,757.50 | $0.00 | $0.00 | $0.00 | $1,757.50 |
| Claims of Governmental Units | $45,103.21 | $45,103.21 | $0.00 | $0.00 | $0.00 | $45,103.21 |
| Deposits | $6,472.25 | $6,472.25 | $0.00 | $0.00 | $0.00 | $6,472.25 |
| General Unsecured § 726(a)(2) | $75,054.48 | $75,054.48 | $0.00 | $0.00 | $0.00 | $75,054.48 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $81,585.65 | $81,585.65 | $0.00 | $0.00 | $0.00 | $81,585.65 |
| Trustee Compensation | $2,597.85 | $2,597.85 | $0.00 | $0.00 | $0.00 | $2,597.85 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-36090-JS
Case Name: NDG, INC.
Trustee Name: David E. Grochocinski

Balance on hand: $11,629.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Dept of the Treasury IRService | $81,585.65 | $81,585.65 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $11,629.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,597.85 | $0.00 | $2,597.85 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee Fees | $1,757.50 | $0.00 | $1,757.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee Expenses | $130.66 | $0.00 | $130.66 |
| Scott Horewitch PIdgeon & Abrams, LLC, Accountant for Trustee Fees | $3,337.50 | $0.00 | $3,337.50 |

Total to be paid for chapter 7 administrative expenses: $7,823.51
Remaining balance: $3,805.80

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,805.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,575.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 1a | Dept of the Treasury IRService | $1,165.20 | $0.00 | $0.00 |
| 3 | Roy Ashburn | $1,079.99 | $0.00 | $635.05 |
| 10 | David Sinderson | $900.00 | $0.00 | $529.22 |
| 11 | Dale Manzel | $279.20 | $0.00 | $164.17 |
| 14 | Richard Heil | $484.92 | $0.00 | $285.14 |
| 15 | Illinois Department of Employment Security | $1,293.40 | $0.00 | $0.00 |
| 18 | D. Clayworth | $301.32 | $0.00 | $177.18 |
| 19 | Illinois Department of Revenue | $42,644.61 | $0.00 | $0.00 |
| 22 | Susan Dillon | $1,566.00 | $0.00 | $920.84 |
| 28 | Irene M. Staleny | $1,860.82 | $0.00 | $1,094.20 |

|  |  |
|---|---:|
| Total to be paid to priority claims: | $3,805.80 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $75,054.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Linda Gonella | $322.87 | $0.00 | $0.00 |
| 4 | Jeremy Vrtis | $777.38 | $0.00 | $0.00 |
| 5 | M&B Delivery, LLC | $350.00 | $0.00 | $0.00 |
| 6 | Woodcraft Industries | $14,446.58 | $0.00 | $0.00 |
| 7 | Jay Zvolanek | $3,466.10 | $0.00 | $0.00 |
| 8 | Mary Jane Faczek | $1,349.99 | $0.00 | $0.00 |

| 9 | Julie Draho | $1,166.18 | $0.00 | $0.00 |
|---|---|---|---|---|
| 12 | Dorothy Russell | $1,187.94 | $0.00 | $0.00 |
| 15a | Illinois Department of Employment Security | $220.00 | $0.00 | $0.00 |
| 16 | Claudia Martinez | $1,624.34 | $0.00 | $0.00 |
| 17 | Karen Wincenciak | $1,210.84 | $0.00 | $0.00 |
| 19a | Illinois Department of Revenue | $6,533.60 | $0.00 | $0.00 |
| 20 | US Bank N.A. | $7,411.41 | $0.00 | $0.00 |
| 21 | Vanessa Gramorossa | $475.00 | $0.00 | $0.00 |
| 23 | Elizabeth Kauz | $1,500.00 | $0.00 | $0.00 |
| 24 | US Bank N.A. | $30,208.06 | $0.00 | $0.00 |
| 25 | US Bank N.A. | $1,458.86 | $0.00 | $0.00 |
| 26 | US Bank N.A. | $957.97 | $0.00 | $0.00 |
| 27 | James Cottrell | $387.36 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00