**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-36090-DRC |
| | § | |
| NDG, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/25/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/24/2012 By: /s/ David E. Grochocinski
(Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-36090-DRC |
| | § | |
| NDG, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $18,478.54 |
| *and approved disbursements of* | $6,868.60 |
| *leaving a balance on hand of*[1]*:* | $11,609.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Dept of the Treasury IRService | $81,585.65 | $81,585.65 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $11,609.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $2,597.85 | $0.00 | $2,597.85 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee Fees | $1,757.50 | $0.00 | $1,757.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee Expenses | $130.66 | $0.00 | $130.66 |
| Scott Horewitch PIdgeon & Abrams, LLC, Accountant for Trustee Fees | $3,337.50 | $0.00 | $3,337.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Total to be paid for chapter 7 administrative expenses: $7,823.51
Remaining balance: $3,786.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,786.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $51,575.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 1a | Dept of the Treasury IRService | $1,165.20 | $0.00 | $0.00 |
| 3 | Roy Ashburn | $1,079.99 | $0.00 | $635.05 |
| 10 | David Sinderson | $900.00 | $0.00 | $529.22 |
| 11 | Dale Manzel | $279.20 | $0.00 | $164.17 |
| 14 | Richard Heil | $484.92 | $0.00 | $285.14 |
| 15 | Illinois Department of Employment Security | $1,293.40 | $0.00 | $0.00 |
| 18 | D. Clayworth | $301.32 | $0.00 | $177.18 |
| 19 | Illinois Department of Revenue | $42,644.61 | $0.00 | $0.00 |
| 22 | Susan Dillon | $1,566.00 | $0.00 | $920.84 |
| 28 | Irene M. Staleny | $1,860.82 | $0.00 | $1,094.20 |

Total to be paid to priority claims: $3,805.80
Remaining balance: ($19.37)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $75,054.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid

in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Linda Gonella | $322.87 | $0.00 | $0.00 |
| 4 | Jeremy Vrtis | $777.38 | $0.00 | $0.00 |
| 5 | M&B Delivery, LLC | $350.00 | $0.00 | $0.00 |
| 6 | Woodcraft Industries | $14,446.58 | $0.00 | $0.00 |
| 7 | Jay Zvolanek | $3,466.10 | $0.00 | $0.00 |
| 8 | Mary Jane Faczek | $1,349.99 | $0.00 | $0.00 |
| 9 | Julie Draho | $1,166.18 | $0.00 | $0.00 |
| 12 | Dorothy Russell | $1,187.94 | $0.00 | $0.00 |
| 15a | Illinois Department of Employment Security | $220.00 | $0.00 | $0.00 |
| 16 | Claudia Martinez | $1,624.34 | $0.00 | $0.00 |
| 17 | Karen Wincenciak | $1,210.84 | $0.00 | $0.00 |
| 19a | Illinois Department of Revenue | $6,533.60 | $0.00 | $0.00 |
| 20 | US Bank N.A. | $7,411.41 | $0.00 | $0.00 |
| 21 | Vanessa Gramorossa | $475.00 | $0.00 | $0.00 |
| 23 | Elizabeth Kauz | $1,500.00 | $0.00 | $0.00 |
| 24 | US Bank N.A. | $30,208.06 | $0.00 | $0.00 |
| 25 | US Bank N.A. | $1,458.86 | $0.00 | $0.00 |
| 26 | US Bank N.A. | $957.97 | $0.00 | $0.00 |
| 27 | James Cottrell | $387.36 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: ($19.37)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | ($19.37) |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | ($19.37) |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
NDG, Inc.
Debtor

Case No. 10-36090-DRC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: acox Page 1 of 5 Date Rcvd: Apr 26, 2012
Form ID: pdf006 Total Noticed: 160

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2012.

db +NDG, Inc., 237 Ogden Ave., Downers Grove, IL 60515-3144
aty +Grochocinski Grochocinski & Lloyd Ltd, 1900 Ravinia Place, Orland Park, IL 60462-3760
aty +Kathleen McGuire, Grochocinski, Grochocinski & Lloyd, Ltd, 1900 Ravinia Place, Orland Park, IL 60462-3760
16138294 +A. Webee, 1525 Raymond #202, Naperville, IL 60563-9724
15986573 AT&T, P.O. box 9001309, Louisville, KY 40290-1309
16138295 +Adrim Flesner, 704 Prescott Ct., Naperville, IL 60563-2484
16138296 +Alan Alport, 3719 Venard, Downers Grove, IL 60515-1354
15986571 +Allied Waste, 5050 W. Lake St., Melrose Park, IL 60160-2767
16138298 +Ann Sobczak, 922 Franklin St., Downers Grove, IL 60515-3634
16138299 +Annabelle Downs, 2218 Forest Ave., N. Riverside, IL 60546-1323
16138301 +Art Dubiel, 3824 School St., Downers Grove, IL 60515-1602
15986574 +Aurora Tri State, 1080 Corporate Blvd., Aurora, IL 60502-9178
16138303 +Barbara Debrunce, 3507 Tussell St., Naperville, IL 60564-4163
15986575 +Barinholtz & Horwitz, LTD, 1701 E. Woodfield Rd., Suite 310, Schaumburg, IL 60173-5128
16138305 +Baybrook Properties, LLC, 5500 Tennessee Ave., Clarendon Hills, IL 60514-1570
15986576 +Baybrook Properties, LLC, Herbert A. Stade, 5500 Tennessee Ave., Clarendon Hills, IL 60514-1570
16138307 +Benjamin Sevcik, 618 41st St., Downers Grove, IL 60515-2248
16138308 +Beth Quoss, 284 Forest, Glen Ellyn, IL 60137-5339
16138309 +Bill Mannion, 974 First St., Batavia, IL 60510-2490
16138310 +Brian Haslinger, 12500 Moorland Dr., Homer Glen, IL 60491-7960
16138311 +Brian McDonnell, 921 Wisconsin Rd., New Lenox, IL 60451-2263
16138312 +Brian O’Brien, 405 Argyle, Elmhurst, IL 60126-3804
16138313 #+C. Routszong, 3193 Meridian Court, Apt. B, Great Lakes, IL 60088-1558
16138314 #+Carol Maresh, 2085 Crossing Court, Lombard, IL 60148-6185
16138315 +Carol Shepack, 4929 Montgomery Ave., Downers Grove, IL 60515-3419
16138316 +Charles Kolin, 5996 Leaonard Ave., Downers Grove, IL 60516-1004
15986577 CitiBusiness Card, P.O. Box 6235, Sioux Falls, SD 57117-6235
16138319 +Colleen O’Hara, 1320 Oprwell Rd., Naperville, IL 60564-6112
15986578 Comcast Cable, P.O. Box 3001, Southeastern, PA 19398-3001
15986579 +Comcast Spotlight, 8745 W. Higgins Rd., 4th Floor, Chicago, IL 60631-2750
15986581 +Craig Sparrow, 1496 Anvil Court, Bartlett, IL 60103-2049
16138324 Cynthia Dionne, 15 Thurlow St., Hinsdale, IL 60521
16138325 +Cynthia Longo, 550 N. Kingsbury, Chicago, IL 60654-5754
16138326 +Cynthia Pope-Romano, 704 Deer Trail Lane, Oak Brook, IL 60523-2783
16138327 +D. Clayworth, 465 S. Lombard, Itasca, IL 60143-2549
16138328 +Dale Manzel, 225 Hilltop, Sleepy Hollow, IL 60118-2527
16138329 +Dana Kirkegaard, 4927 Wallbank Ave., Downers Grove, IL 60515-3403
16138330 +Dana Lohman, 1533 Bonaventure Dr., Naperville, IL 60563-2201
16138331 #+David Cox, 1608 Albermarle, Naperville, IL 60563-2001
16138332 +David Hicks, 27W252 Virginia St., Winfield, IL 60190-1094
16138333 +David Sinderson, 3705 Douglas Rd., Downers Grove, IL 60515-1624
16138334 +Dean Gerdes, 5616 Doner Dr., Lisle, IL 60532-2715
16138335 +Dominic Cotrano, 26629 W. Red Apple Lane, Plainfield, IL 60585-2347
16138336 +Dorothy Russell, 531 Franklin St., Hinsdale, IL 60521-3818
16138337 +Dr. K. Reddington, Two Wheaton Center, Wheaton, IL 60187-4986
16138338 +Eileen Refel, 405 W. Front St. #308, Wheaton, IL 60187-2333
16138339 +Elizabeth Kauz, 4340 Elm St., Downers Grove, IL 60515-2926
16138340 +Elizabeth Pinter, 919 59th Place, Downers Grove, IL 60516-1943
16138341 +Ellen Fitzgerald, 453 Burlington Ave. #3, Clarendon Hills, IL 60514-1141
16138342 Eric Ingersoll, 1544 Charlotte Circle, Naperville, IL 60564
16138343 +Erin Jackson, 1005 N. East Ave., Oak Park, IL 60302-1331
15986582 #+Finewood Furnishings, Inc., 870 Scranton Carbondale Highway, Eynon, PA 18403-1018
16138345 +Frank Ippolito, 731 Community Dr., La Grange Park, IL 60526-1556
16138346 +Geoff Savage, 1620 Harvard Ave., Naperville, IL 60565-1708
16138347 +George Makovic, 19 45th St., Western Springs, IL 60558-1602
16138348 +Ginny Packer, 5430 Notting Hill Rd., Gurnee, IL 60031-1018
16138349 +Giovanni Coletta, 80 Century Drive, Roselle, IL 60172-1403
16138350 +Greg & Ann Gills, 351 Hillside, Elmhurst, IL 60126-3863
15986583 #+Hardwood Specialties, 3655 Illinois Ave., Saint Charles, IL 60174-2418
16138352 +Holly Ryder, 4029 W. Crystal St. #1, Chicago, IL 60651-1954
16483511 +Illinois Department of Employment Security, 33 South State Street, Chicago, Illinois 60603-2808
16599520 Illinois Department of Revenue, Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338
15986584 Illinois Department of Revenue, Retailers Sales Tax, Springfield, IL 62796-0001
15986586 +Inwood Furniture, P.O. Box 639, Forney, TX 75126-0639
16138357 +Irene M. Staleny, 6650 Powell St., Downers Grove, IL 60516-2718
16138358 +Jacqueline Flemming, 2236 Christian Lane, Lisle, IL 60532-2810
16138359 +James Cottrell, 9727 S. Oakley, Chicago, IL 60643-1720
16138360 +Janet Benoit, 719 Randolph St., Oak Park, IL 60302-3203
16138361 +Jay Zvolanek, 3840 Cumnor Rd., Downers Grove, IL 60515-1605
16138362 +Jayne Mikulski, 4512 Johnson Ave., Western Springs, IL 60558-1537
16138363 +Jeff Townsend, 4206 Rivertown Ct., Plainfield, IL 60586-7558

16138364 +Jennifer Illarde, 5325 W. Eddy St., Chicago, IL 60641-3311
16138365 +Jeremy Vrtis, 209 5th St., Downers Grove, IL 60515-5258
16138366 +Jill Landers, 526 E. 32nd St. G, Chicago, IL 60616-4215
16138367 +Joanna Lira, 2627 N. Haddow, Arlington Heights, IL 60004-2535
16138368 +Joe Guzzo, 217 N. Grant St., Westmont, IL 60559-1401
16138369 +Joe Hertko, 36 South Illinois, Villa Park, IL 60181-2630
16138370 #+John & Carle Lichter, 2 Valley Rd., Vernon Hills, IL 60061-2210
16138371 +John & Lucy Little, 400 N. Clinton #201, Chicago, IL 60654-8874
16138372 +John Barbarino, 134 N. Cogswell, Bensenville, IL 60106-2167
16138373 John Wolak, 1501 Blanchan, La Grange, IL 60525
16138374 +Judy Owens, 2140 Fir, Glenview, IL 60025-2815
16138375 +Julie Draho, 836 Chicago Ave., Downers Grove, IL 60515-3747
16138376 +Karen Wincenciak, 23W057 Mulberry Lane, Glen Ellyn, IL 60137-7276
16138377 +Karla Kae Rockwell, 1907 Gresham Circle, Wheaton, IL 60189-9110
16138378 +Kathleen Frezek, 1900 Downing Ave., Westchester, IL 60154-4209
16138379 +Kathy Boxell, 4645 Grand Ave., Western Springs, IL 60558-1548
16138380 +Katie Lorge, 6667 Blackstone Dr., Downers Grove, IL 60516-2931
16138381 +Keith Venter, 6420 New Albany Rd., Lisle, IL 60532-3237
16138382 +Keith Wellings, 1144 S. Edgewood Ave., Lombard, IL 60148-4014
16138383 +Kevin Rodde, 25 N. Washington St., Westmont, IL 60559-1635
16138384 +Kirk & Sara Mongreg, 3265 N. Willow Court, Bettendorf, IA 52722-2869
16138385 +Kristine Volz, 21W205 Canary Rd., Lombard, IL 60148-5245
16138386 +Lauren Garavito, 352 W. Natoma, Addison, IL 60101-3422
16138387 +Leonard Canino, 6718 Dicosola Ct., Darien, IL 60561-3882
16138388 +Leslie van Meir, 130 E. Windsor Ave., Lombard, IL 60148-2333
16138389 +Linda Escalona, 420 Schultz St., Lemont, IL 60439-4346
16138390 +Linda Gonella, 10 Mockingbird Lane, Oak Brook, IL 60523-1725
16138391 +Lisa Jandacek, 720 Van Buren, Batavia, IL 60510-2732
16138392 +Lisa Murphy, 22 Brighton Lane, Oak Brook, IL 60523-2324
16138393 +Lisa Tunison, 2921 N. Huntington Dr., Arlington Heights, IL 60004-1636
16138394 +Liz Vogal, 154 Derby Glen Dr., Glen Ellyn, IL 60137-3219
16138395 +Lori Samaras, 18 E. Hickory St., Hinsdale, IL 60521-3410
15986587 +M&B Delivery, LLC, P.O. Box 732, Lyons, IL 60534-0732
16138398 +Marcie McGonagle, 646 S. Washington St., Hinsdale, IL 60521-4439
16138399 +Mark Timko, 8516 Heather Dr., Burr Ridge, IL 60527-6372
16138400 #+Mark Wellbrock, 6698 Double Eagle Dr, # 207, Woodridge, IL 60517-5438
16138401 +Martin Buntinas, 8210 W. Norma, Niles, IL 60714-1032
16138402 +Mary Elle Mokrsycki, 12634 W. Navajo Dr., Palos Heights, IL 60463-1741
16138403 +Mary Jane Faczek, 175 Mohawk Trail, Buffalo Grove, IL 60089-3523
16138404 +Mary K. Subramamian, 8018 Sawmill Creek Dr., Darien, IL 60561-4916
16138405 +Mary Kay Gibbons, 202 S. Minroe, Hinsdale, IL 60521-3922
16138406 +Matt Richards, 205 N. Larch, Elmhurst, IL 60126-2724
16138407 +Matthew Doll, 200 S. Lincoln St., Westmont, IL 60559-1918
16138408 +Matthew Lorz, 521 E. Thacker St., Des Plaines, IL 60016-3155
16138409 +Maureen Undine, 0S748 Linden Ave., Elmhurst, IL 60126-5300
16138410 +Meg Hakanen, 1744 Virginia Ave., Libertyville, IL 60048-4451
16138411 +Meta Melby, 152 Earlston Place, Burr Ridge, IL 60527-6480
16138412 +Michelle McDermott, 1007 E. Glendale Ave., Appleton, WI 54911-3138
16138414 +Mike Wiandt, 4848 Louise, Skokie, IL 60077-3063
16138415 +Mildred Lindsey, 1307 Westchester Blvd., Westchester, IL 60154-3628
16138416 +Miranda Dolch, 910 W. Belle Plaine Ave. #2, Chicago, IL 60613-2152
16138418 +Nora Flanagan, 7435 N. Oleander Ave., Chicago, IL 60631-4311
16138419 +Noreen Lekas, 621 Long, Glenview, IL 60025-3455
16138420 +Par Creghin, 4821 Bryan Place, Downers Grove, IL 60515-3623
16138421 +Pat Benes, 7709 Baker Ct., Darien, IL 60561-4500
16138422 +Paul Rouffa, 616 Beaver Dr., Naperville, IL 60563-9782
16138423 +Ray Roeges, 408 E. Madison St., Elmhurst, IL 60126-4655
16138424 +Richard Heil, 30 Arthur Ave., Clarendon Hills, IL 60514-1106
16138425 +Ron Chappuis, 225 N. Crescent, Palatine, IL 60067-4886
16138426 +Roy Ashburn, 7719 S. Massasoit Ave., Burbank, IL 60459-1315
16138427 +Roy Hurlburt, 1409 Williams St., Westmont, IL 60559-3016
16138428 +Sandra McComas, 935 Burlington Ave. #202, Downers Grove, IL 60515-4791
16138429 +Sandra Schumann, 268 Eclipse Dr., Carol Stream, IL 60188-3611
16138430 +Sandy Taylor, 3302 Lafayette St., Elgin, IL 60124-4324
16138431 +Sara Curry, 746 N. Merrill, Park Ridge, IL 60068-2702
16138432 +Sarah Tromans, 1415 N. Dearborn, Apt. 6D, Chicago, IL 60610-5521
16138433 +Scott Grossart, 465 Springwood Dr., Roselle, IL 60172-1079
16138434 +Sheila Nally, 5882 Forest View Rd. C, Lisle, IL 60532-2883
16138435 +Sherrie Grischow, 207 E. Willow Rd., Prospect Heights, IL 60070-1334
16138436 +Sondra Few, 3722 Lissmoore, Flossmoor, IL 60422-4311
16138437 +Sparrow & Pratt, Inc., 31W154 91st Street, Naperville, IL 60564-5610
16138438 +Stacy Uden, 3603 Campbell St., Rolling Meadows, IL 60008-1301
16138439 +Steven Fanning, 537 S. Lombard Ave., Oak Park, IL 60304-1603
16138440 +Sue Goad, 2526 Ravinia Lane, Woodridge, IL 60517-2218
16655703 Susan Dillon, c/o 18 Treetops Drive, Monroe Twp, NJ 08831-1499
16138442 +Susan Stewart, 261 S. Kenilworth Ave., Glen Ellyn, IL 60137-6584
16138443 +Todd & K. Marcheschi, 781 Tomasewski St., Lemont, IL 60439-4372
16138444 +Todd Urban, 535 Fair Oaks, Oak Park, IL 60302-2243
15986588 +Travelers Property Casualty, One Tower Square, Hartford, CT 06183-0001

15986590 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U.S. Bank, P.O. Box 790179, Saint Louis, MO 63179-0179)
16138448 +Vanessa Gramorossa, 1375 Von Drash Dr., Darien, IL 60561-5051
16138449 Velma Lewis, 30 S. 18th Ave., Maywood, IL 60153
16138450 +Vera Dumenco, 216 N. Garfield Ave., Mundelein, IL 60060-2222
16138451 +Wendy Bellandi, 2338 Keim Rd., Naperville, IL 60565-3460
15986591 Whitewood, BB&T, P.O. Box 890011, Charlotte, NC 28289-0011
15986592 Wood America Furniture Corp., Summit Financial Resources, P.O. Box 974247,
Dallas, TX 75397-4247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15986580 E-mail/Text: legalcollections@comed.com Apr 27 2012 00:56:26 ComEd, Bill Payment Center,
Chicago, IL 60668-0001
15986585 +E-mail/Text: cio.bncmail@irs.gov Apr 27 2012 00:53:41 Dept of the Treasury IRService,
P.O. Box 7346, Philadelphia, PA 19101-7346
16138355 E-mail/Text: cio.bncmail@irs.gov Apr 27 2012 00:53:42 Internal Revenue Service,
P.O. Box 80110, Cincinnati, OH 45280-0010
TOTAL: 3

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16138397 Mandy Wichman, Address?
16138302* AT&T, P.O. box 9001309, Louisville, KY 40290-1309
16138297* +Allied Waste, 5050 W. Lake St., Melrose Park, IL 60160-2767
16138300* +Archbold Furniture Co., P.O. Box 187, West Unity, OH 43570-0187
16138304* +Barinholtz & Horwitz, LTD, 1701 E. Woodfield Rd., Suite 310, Schaumburg, IL 60173-5128
16138306* +Baybrook Properties, LLC, Herbert A. Stade, 5500 Tennessee Ave.,
Clarendon Hills, IL 60514-1570
16138317* CitiBusiness Card, P.O. Box 6235, Sioux Falls, SD 57117-6235
16138322* ComEd, Bill Payment Center, Chicago, IL 60668-0001
16138320* Comcast Cable, P.O. Box 3001, Southeastern, PA 19398-3001
16138321* +Comcast Spotlight, 8745 W. Higgins Rd., 4th Floor, Chicago, IL 60631-2750
16138323* +Craig Sparrow, 1496 Anvil Court, Bartlett, IL 60103-2049
16138344* +Finewood Furnishings, Inc., 870 Scranton Carbondale Highway, Eynon, PA 18403-1018
16138351* +Hardwood Specialties, 3655 Illinois Ave., Saint Charles, IL 60174-2418
16138353* Illinois Department of Revenue, Retailers Sales Tax, Springfield, IL 62796-0001
16138356* +Inwood Furniture, P.O. Box 639, Forney, TX 75126-0639
16138396* +M&B Delivery, LLC, P.O. Box 732, Lyons, IL 60534-0732
16138445* +Travelers Property Casualty, One Tower Square, Hartford, CT 06183-0001
16138447* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U.S. Bank, P.O. Box 790179, Saint Louis, MO 63179-0179)
15986589* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179-0408)
16138446* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U.S. Bank, P.O. Box 790408, Saint Louis, MO 63179-0408)
16663439* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: US Bank N.A., P.O. Box 5229, Cincinnati, OH 45201)
16626886* ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: US Bank N.A., P.O. Box 5229, Cincinnati, OH 45201-5229)
16138452* Whitewood, BB&T, P.O. Box 890011, Charlotte, NC 28289-0011
16138453* Wood America Furniture Corp., Summit Financial Resources, P.O. Box 974247,
Dallas, TX 75397-4247
16138454* +Woodcraft Industries, 253 Benner Pike, State College, PA 16801-7328
15986572 ##+Archbold Furniture Co., P.O. Box 187, West Unity, OH 43570-0187
16138318 ##+Claudia Martinez, 2640 S. Sacremento, Chicago, IL 60623-5118
16138354 ##+Interiors Bongiovan, 275 Locust Rd., Winnetka, IL 60093-3608
16138413 ##+Mike Eisele, 2176 Landings Lane, Delavan, WI 53115-3992
16138417 ##+Nancy Daniel, 1504 Harvey, Berwyn, IL 60402-1411
16138441 ##+Susan Dillon, 1272 Cromwell Lane, Naperville, IL 60564-3173
15986593 ##+Woodcraft Industries, 253 Benner Pike, State College, PA 16801-7328
TOTALS: 1, * 24, ## 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2012** **Signature:** Joseph Speetjens

District/off: 0752-1 User: acox Page 5 of 5 Date Rcvd: Apr 26, 2012
Form ID: pdf006 Total Noticed: 160

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2012 at the address(es) listed below:

Ariane Holtschlag on behalf of Trustee David Grochocinski lawyers@ggl-law.com
David E Grochocinski on behalf of Trustee David Grochocinski lawyers@ggl-law.com, lawyers@ggl-law.com
David E Grochocinski dgrochocinski@ggl-law.com, deg@trustesolutions.net
David P Lloyd on behalf of Trustee David Grochocinski dlloyd@ggl-law.com
Dennise L. McCann on behalf of Debtor NDG, Inc. mccann@aandalaw.com, wheaton@aandalaw.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 6