**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-36090-DRC |
| | § | |
| NDG, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $7,726.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,786.43 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $14,692.11 | | |

3) Total gross receipts of $18,478.54 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $18,478.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $81,585.65 | $81,585.65 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $14,692.11 | $14,692.11 | $14,692.11 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $60,264.72 | $60,264.72 | $3,786.43 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $66,365.22 | $66,365.22 | $0.00 |
| **Total Disbursements** | NA | $222,907.70 | $222,907.70 | $18,478.54 |

4). This case was originally filed under chapter 7 on 08/12/2010. The case was pending for -1327 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2012    By:  /s/ David E. Grochocinski
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | $14,261.30 |
| DEPOST /NICOR GAS | 1229-000 | $381.34 |
| FUNDS ON PREMISES/CASH REGISTER | 1229-000 | $8.48 |
| FUNDS RECEIVED FROM CUSTOMERS/COMPLETED ORDERS | 1229-000 | $3,825.64 |
| Interest Earned | 1270-000 | $1.78 |
| **TOTAL GROSS RECEIPTS** | | **$18,478.54** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dept of the Treasury IRService | 4110-000 | NA | $81,585.65 | $81,585.65 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | NA | $81,585.65 | $81,585.65 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $2,597.85 | $2,597.85 | $2,597.85 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $10.36 | $10.36 | $10.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $8.78 | $8.78 | $8.78 |
| Green Bank | 2600-000 | NA | $33.31 | $33.31 | $33.31 |
| The Bank of New York Mellon | 2600-000 | NA | $183.77 | $183.77 | $183.77 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | NA | $1,453.00 | $1,453.00 | $1,453.00 |
| UPS | 2990-000 | NA | $28.13 | $28.13 | $28.13 |
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee | 3110-000 | NA | $1,757.50 | $1,757.50 | $1,757.50 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Grochocinski, Grochocinski & Lloyd, Ltd., Attorney for Trustee | 3120-000 | NA | $130.66 | $130.66 | $130.66 |
| Scott Horewitch PIdgeon & Abrams, LLC, Accountant for Trustee | 3410-000 | NA | $3,337.50 | $3,337.50 | $3,337.50 |
| AMERICAN AUCTION ASSOCIATES, INC., Auctioneer for Trustee | 3610-000 | NA | $5,151.25 | $5,151.25 | $5,151.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $14,692.11 | $14,692.11 | $14,692.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Dept of the Treasury IRService | 5800-000 | NA | $1,165.20 | $1,165.20 | $0.00 |
| 2 | Linda Gonella | 5600-000 | NA | $322.87 | $322.87 | $80.62 |
| 3 | Roy Ashburn | 5600-000 | NA | $1,079.99 | $1,079.99 | $269.72 |
| 7 | Jay Zvolanek | 5600-000 | NA | $3,466.10 | $3,466.10 | $865.62 |
| 8 | Mary Jane Faczek | 5600-000 | NA | $1,349.99 | $1,349.99 | $337.15 |
| 10 | David Sinderson | 5600-000 | NA | $900.00 | $900.00 | $224.77 |
| 11 | Dale Manzel | 5600-000 | NA | $279.20 | $279.20 | $69.73 |
| 12 | Dorothy Russell | 5600-000 | NA | $1,187.94 | $1,187.94 | $296.68 |
| 14 | Richard Heil | 5600-000 | NA | $484.92 | $484.92 | $121.10 |
| 15 | Illinois Department of Employment Security | 5800-000 | NA | $1,293.40 | $1,293.40 | $0.00 |
| 18 | D. Clayworth | 5600-000 | NA | $301.32 | $301.32 | $75.25 |
| 19 | Illinois Department of Revenue | 5800-000 | NA | $42,644.61 | $42,644.61 | $0.00 |
| 21 | Vanessa Gramorossa | 5600-000 | NA | $475.00 | $475.00 | $118.63 |
| 22 | Susan Dillon | 5600-000 | NA | $1,566.00 | $1,566.00 | $391.09 |
| 23 | Elizabeth Kauz | 5600-000 | NA | $1,500.00 | $1,500.00 | $374.61 |
| 27 | James Cottrell | 5600-000 | NA | $387.36 | $387.36 | $96.74 |
| 28 | Irene M. Staleny | 5600-000 | NA | $1,860.82 | $1,860.82 | $464.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $60,264.72 | $60,264.72 | $3,786.43 |

UST Form 101-7-TDR (5/1/2011)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Jeremy Vrtis | 7100-000 | NA | $777.38 | $777.38 | $0.00 |
| 5 | M&B Delivery, LLC | 7100-000 | NA | $350.00 | $350.00 | $0.00 |
| 6 | Woodcraft Industries | 7100-000 | NA | $14,446.58 | $14,446.58 | $0.00 |
| 9 | Julie Draho | 7100-000 | NA | $1,166.18 | $1,166.18 | $0.00 |
| 13 | Meta Melby | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15a | Illinois Department of Employment Security | 7100-000 | NA | $220.00 | $220.00 | $0.00 |
| 16 | Claudia Martinez | 7100-000 | NA | $1,624.34 | $1,624.34 | $0.00 |
| 17 | Karen Wincenciak | 7100-000 | NA | $1,210.84 | $1,210.84 | $0.00 |
| 19a | Illinois Department of Revenue | 7100-000 | NA | $6,533.60 | $6,533.60 | $0.00 |
| 20 | US Bank N.A. | 7100-000 | NA | $7,411.41 | $7,411.41 | $0.00 |
| 24 | US Bank N.A. | 7100-000 | NA | $30,208.06 | $30,208.06 | $0.00 |
| 25 | US Bank N.A. | 7100-000 | NA | $1,458.86 | $1,458.86 | $0.00 |
| 26 | US Bank N.A. | 7100-000 | NA | $957.97 | $957.97 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $66,365.22 | $66,365.22 | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1　　Exhibit 8

| Case No.: | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Date Filed (f) or Converted (c): | 08/12/2010 (f) |
| For the Period Ending: | 8/30/2012 | §341(a) Meeting Date: | 10/12/2010 |
| | | Claims Bar Date: | 01/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | FUNDS RECEIVED FROM CUSTOMERS/COMPLETED ORDERS (u) | $3,825.64 | $3,825.64 | | $3,825.64 | FA |
| 2 | FUNDS ON PREMISES/CASH REGISTER (u) | $8.48 | $8.48 | | $8.48 | FA |
| 3 | INVENTORY | $85,300.00 | $85,300.00 | | $14,261.30 | FA |
| 4 | CHECKING ACCOUNT | $0.00 | $0.00 | | $0.00 | FA |
| 5 | SECURITY DEPOSIT | $6,526.00 | $6,526.00 | DA | $0.00 | FA |
| 6 | COMPUTER | $500.00 | $500.00 | DA | $0.00 | FA |
| 7 | CUSTOMER LIST | Unknown | Unknown | DA | $0.00 | FA |
| 8 | 1993 GMC | $0.00 | $0.00 | | $0.00 | FA |
| 9 | OFFICE EQUIPMENT | $100.00 | $100.00 | DA | $0.00 | FA |
| 10 | MACHINERY | $100.00 | $100.00 | DA | $0.00 | FA |
| 11 | HAND TOOLS | $500.00 | $500.00 | DA | $0.00 | FA |
| 12 | DEPOST /NICOR GAS (u) | $381.34 | $381.34 | | $381.34 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.78 | Unknown |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　$97,241.46　　　　$97,241.46　　　　　　　　　$18,478.54　　　　$0.00

**Major Activities affecting case closing:**
　TAX RETURNS PENDING FROM ACCOUNTANT; CLAIMS BAR DATE 1/18/11; NEED TO REVIEW CLAIMS; TAX RETURNS RECEIVED AND FINAL REPORT BEING PREPARED

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2012 | **Current Projected Date Of Final Report (TFR):** | 06/30/2012 | /s/ DAVID E. GROCHOCINSKI |
|---|---|---|---|---|
| | | | | DAVID E. GROCHOCINSKI |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2010 | | GROCHOCINSKI, GROCHOCINSKI & LLOYD | CASH AND COIN FROM COMPLETED ORDERS/DEP TO TRUSTEE'S FIRM CLIENT TRUST FUND AND ISSUED CHECK TO ESTATE | * | $1,575.76 | | $1,575.76 |
| | {2} | | $8.48 | 1229-000 | | | $1,575.76 |
| | {1} | | $1,567.28 | 1229-000 | | | $1,575.76 |
| 09/09/2010 | (1) | MIKE EISELE | COMPLETED ORDERS ON PREMISES | 1229-000 | $2,258.36 | | $3,834.12 |
| 09/09/2010 | (2) | COIN | MONEY IN REGISTER | 1229-000 | $8.48 | | $3,842.60 |
| 09/09/2010 | (2) | COIN | Reversed Deposit 100001 1 MONEY IN REGISTER | 1229-000 | ($8.48) | | $3,834.12 |
| 09/24/2010 | (3) | AMERICAN AUCTION ASSOC., INC. | AUCTION PROCEEDS | 1129-000 | $14,261.30 | | $18,095.42 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.03 | | $18,095.45 |
| 10/15/2010 | (12) | NICOR GAS | TURNOVE ROF DEPOSIT | 1129-000 | $381.34 | | $18,476.79 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,476.94 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,477.09 |
| 12/13/2010 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. | REIMBURSEMENT OF FEES AND EXPESNES | 3610-000 | | $5,151.25 | $13,325.84 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.13 | | $13,325.97 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,326.08 |
| 02/15/2011 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-36090, Bond#016026455 | 2300-000 | | $8.78 | $13,317.30 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.40 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.51 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.61 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.72 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $13,317.82 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,317.93 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.54 | $13,292.39 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.11 | | $13,292.50 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $30.96 | $13,261.54 |
| | | | **SUBTOTALS** | | $18,478.07 | $5,216.53 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-36090-DRC | | **Trustee Name:** | David E. Grochocinski |
|---|---|---|---|---|
| **Case Name:** | NDG, INC. | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******8611 | | **Money Market Acct #:** | ******0165 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/12/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/30/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/20/2011 | 1003 | ILLINOIS DEPT OF REVENUE | fein 36-3788611/ST-1/SEPTEMBER 2010/id#2325-0331 | 2820-000 | | $1,453.00 | $11,808.54 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($0.91) | $11,809.45 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,809.55 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $26.95 | $11,782.60 |
| 10/24/2011 | 1004 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | $28.13 | $11,754.47 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $11,754.57 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,729.57 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,729.66 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.70 | $11,703.96 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,704.05 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.00 | $11,679.05 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.09 | | $11,679.14 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.53 | $11,653.61 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $11,653.61 | $0.00 |
| | | | | **SUBTOTALS** | $0.47 | $13,262.01 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Money Market Acct #: | ******0165 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $18,478.54 | $18,478.54 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $11,653.61 | |
|  |  |  | Subtotal | | $18,478.54 | $6,824.93 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $18,478.54 | $6,824.93 | |

**For the period of 8/12/2010 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,824.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,824.93 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

**For the entire history of the account between 09/09/2010 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,824.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,824.93 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******8611 | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

For the period of  8/12/2010 to 8/30/2012

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/09/2010 to 8/30/2012

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8611 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $11,653.61 | | $11,653.61 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $10.36 | $11,643.25 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $13.94 | $11,629.31 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.37 | $11,609.94 |
| 05/25/2012 | 5002 | Grochocinski, Grochocinski & Lloyd, Ltd. | Distribution on Claim #: ; | 3110-000 | | $1,757.50 | $9,852.44 |
| 05/25/2012 | 5003 | Grochocinski, Grochocinski & Lloyd, Ltd. | Distribution on Claim #: ; | 3120-000 | | $130.66 | $9,721.78 |
| 05/25/2012 | 5004 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $2,597.85 | $7,123.93 |
| 05/25/2012 | 5005 | Scott Horewitch PIdgeon & Abrams, LLC | Distribution on Claim #: ; | 3410-000 | | $3,337.50 | $3,786.43 |
| 05/25/2012 | 5006 | Linda Gonella | Distribution on Claim #: 2; | 5600-000 | | $80.62 | $3,705.81 |
| 05/25/2012 | 5007 | Roy Ashburn | Distribution on Claim #: 3; | 5600-000 | | $269.72 | $3,436.09 |
| 05/25/2012 | 5008 | Jay Zvolanek | Distribution on Claim #: 7; | 5600-000 | | $865.62 | $2,570.47 |
| 05/25/2012 | 5009 | Mary Jane Faczek | Distribution on Claim #: 8; | 5600-000 | | $337.15 | $2,233.32 |
| 05/25/2012 | 5010 | David Sinderson | Distribution on Claim #: 10; | 5600-000 | | $224.77 | $2,008.55 |
| 05/25/2012 | 5011 | Dale Manzel | Distribution on Claim #: 11; | 5600-000 | | $69.73 | $1,938.82 |
| 05/25/2012 | 5012 | Dorothy Russell | Distribution on Claim #: 12; | 5600-000 | | $296.68 | $1,642.14 |
| 05/25/2012 | 5013 | Richard Heil | Distribution on Claim #: 14; | 5600-000 | | $121.10 | $1,521.04 |
| 05/25/2012 | 5014 | D. Clayworth | Distribution on Claim #: 18; | 5600-000 | | $75.25 | $1,445.79 |
| 05/25/2012 | 5015 | Vanessa Gramorossa | Distribution on Claim #: 21; | 5600-000 | | $118.63 | $1,327.16 |
| 05/25/2012 | 5016 | Susan Dillon | Distribution on Claim #: 22; | 5600-000 | | $391.09 | $936.07 |
| 05/25/2012 | 5017 | Elizabeth Kauz | Distribution on Claim #: 23; | 5600-000 | | $374.61 | $561.46 |
| 05/25/2012 | 5018 | James Cottrell | Distribution on Claim #: 27; | 5600-000 | | $96.74 | $464.72 |
| 05/25/2012 | 5019 | Irene M. Staleny | Distribution on Claim #: 28; | 5600-000 | | $464.72 | $0.00 |

**SUBTOTALS** $11,653.61 $11,653.61

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | NDG, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8611 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 8/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $11,653.61 | $11,653.61 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $11,653.61 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $11,653.61 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $11,653.61 | |

**For the period of 8/12/2010 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $11,653.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,653.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/07/2012 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $11,653.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,653.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36090-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | NDG, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8611 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 8/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/30/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $18,478.54 | $18,478.54 | $0.00 |

**For the period of 8/12/2010 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $18,478.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,478.54 |
| Total Internal/Transfer Disbursements: | $11,653.61 |

**For the entire history of the case between 08/12/2010 to 8/30/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,478.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,478.54 |
| Total Internal/Transfer Receipts: | $11,653.61 |
| | |
| Total Compensable Disbursements: | $18,478.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $18,478.54 |
| Total Internal/Transfer Disbursements: | $11,653.61 |